UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR EDUARDO MARTINEZ,<br><br>        Petitioner,<br><br>    v.<br><br>STEPHEN SMITH,<br><br>        Warden. | Case No. 8:23-cv-01138-JWH-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

| | |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records |
| 2 | and files herein, and the Report and Recommendation of the United States Magistrate |
| 3 | Judge.  The time for filing objections to the Report and Recommendation has passed and |
| 4 | no objection has been received.  Accordingly, it is hereby **ORDERED** as follows: |
| 5 |     1.    The Court **ACCEPTS** and **ADOPTS** the findings, conclusions, and |
| 6 | recommendations of the Magistrate Judge. |
| 7 |     2.    The Petition is **DENIED**. |
| 8 |     3.    This action is **DISMISSED with prejudice**. |
| 9 |     4.    Judgment shall issue accordingly. |
| 10 | **IT IS SO ORDERED.** |

DATED: December 11, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE