JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR EDUARDO MARTINEZ,<br><br>   Petitioner,<br><br>   v.<br><br>STEPHEN SMITH,<br><br>   Warden. | Case No. 8:23-cv-01138-JWH-AJR<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | Pursuant to the Court's Order Accepting Findings, Conclusions and |
| 2 | Recommendations of United States Magistrate Judge, |
| 3 | It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned |
| 4 | action is **DISMISSED with prejudice**. |
| 5 | **IT IS SO ORDERED.** |
| 6 | |
| 7 | DATED: December 11, 2023 |
| 8 | _____ JOHN W. HOLCOMB UNITED STATES DISTRICT JUDGE |